94 So.2d 216

### SOUTHERN BENEFIT LIFE INS. CO.

v.

### Myrtice GILMORE.

#### 4 Div. 335.

Court of Appeals of Alabama.
April 2, 1957.

J. C. Fleming, Elba, and Jas. W. Kelly, Geneva, for appellant.

Chas. R. Paul and Jas. A. Mulkey, Geneva, for appellee.

CATES, Judge.

No assignment of errors having been made of record, the judgment below is due to be affirmed. Dobson v. Deason, 258 Ala. 219, 61 So.2d 764.

Affirmed.